THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN FRANCIS ROCHE, Appellant.

Argued June 8, 1955; decided July 8, 1955.

*Whitman Knapp, James D. C. Murray, Myron J. Greene, Abraham J. Gellinoff, Carl J. Rubino* and *David Simon* for appellant.

*Frank S. Hogan, District Attorney (Richard G. Denzer* and *Leonard E. Reisman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.